Argued and submitted March 4, judicial review of the Oregon State Bar disciplinary proceeding is dismissed as moot August 20, 1992

In re Complaint as to the Conduct of

Louis L. SELKEN,
*Accused.*

(OSB 89-104; SC S38443)

835 P2d 122

Gail L. Meyer, Portland, argued the cause and filed the briefs for accused. With her on the briefs were John S. Ransom, and Ransom, Blackman & Weil, Portland.

Susan K. Roedl, Assistant Disciplinary Counsel, Portland, argued the cause and filed the brief for the Oregon State Bar.

MEMORANDUM OPINION

Judicial review of the Oregon State Bar disciplinary proceeding is dismissed as moot.